IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No.: 4:22-CR-00170 |
| ) | |
| JUAN MARTINEZ ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

Application for Leave of Absence has been requested by Harry D. Dixon, Jr. for Friday, September 15, 2023; Friday, November 3, 2023; and Friday, November 10, 2023 through Monday, November 13, 2023 in the above captioned case. The above and foregoing request for Leave of Absence is **GRANTED**.

So ORDERED this 7th day of September, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

ORDER PREPARED BY:

Harry D. Dixon, Jr.
State Bar No. 223375
7 E. Congress Street, Suite 400
Savannah, Georgia 31401
Telephone: (912) 443-4070
Facsimile: (912) 644-6702
ddixon@donniedixonlaw.com